| | |
|---|---|
| RODGER R. COLE (CSB No. 178865) | MICHAEL J. NIBORSKI (CSB No. 192111) |
| rcole@fenwick.com | mniborski@pryorcashman.com |
| FENWICK & WEST LLP | PRYOR CASHMAN LLP |
| Silicon Valley Center | 1801 Century Park East, 24th Floor |
| 801 California Street | Los Angeles, CA 90067 |
| Mountain View, CA 94041 | Telephone: 310.556.9608 |
| Telephone: 650.988.8500 | Facsimile: 310.556.9670 |
| Facsimile: 650.938.5200 | |
| | BRAD D. ROSE (*Pro Hac Vice Pending*) |
| JENNIFER L. KELLY (CSB No. 193416) | brose@pryorcashman.com |
| jkelly@fenwick.com | JACOB B. RADCLIFF (*Pro Hac Vice Pending*) |
| JENNIFER J. JOHNSON (CSB No. 252897) | jradcliff@pryorcashman.com |
| jjjohnson@fenwick.com | PRYOR CASHMAN LLP |
| FENWICK & WEST LLP | 7 Times Square |
| 555 California Street, 12th Floor | New York, NY 10036 |
| San Francisco, CA 94104 | 212.421.4100 |
| Telephone: 415.875.2300 | 212.326.0806 |
| Facsimile: 415.281.1350 | |
| Attorneys for Defendant | Attorneys for Plaintiff Faheem Rashad Najm |
| Auburn Audio Technologies, Inc. d/b/a | |
| Antares Audio Technologies | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAHEEM RASHAD NAJM,<br><br>  Plaintiff,<br><br>  v.<br><br>AUBURN AUDIO TECHNOLOGIES, INC. d/b/a ANTARES AUDIO TECHNOLOGIES,<br><br>  Defendant. | Civil No.: 5:11-cv-03639-CRB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR RULE 26(F) REPORT AND RULE 26(A)(1) INITIAL DISCLOSURES** |

Good cause appearing therefore, IT IS HEREBY ORDERED :

The Parties shall have until November 11, 2011 to file their report pursuant to Fed. R. Civ. P. 26(f) to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and to file a joint case management conference statement.  The case management conference shall be continued to November 18, 2011.

**IT IS SO ORDERED.**

Dated:   October 24, 2011

_____
The Honorable Charles R. Breyer
United States District Judge



[PROPOSED] ORDER        2        Civil No. 5:11-cv-03639-HRL