| | |
|---|---|
| RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 <br><br> JENNIFER L. KELLY (CSB No. 193416) <br> jkelly@fenwick.com <br> JENNIFER J. JOHNSON (CSB No. 252897) <br> jjjohnson@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br><br> Attorneys for Defendant <br> Auburn Audio Technologies, Inc. d/b/a <br> Antares Audio Technologies | MICHAEL J. NIBORSKI (CSB No. 192111) <br> mniborski@pryorcashman.com <br> PRYOR CASHMAN LLP <br> 1801 Century Park East, 24th Floor <br> Los Angeles, CA 90067 <br> Telephone: 310.556.9608 <br> Facsimile: 310.556.9670 <br><br> BRAD D. ROSE (*Pro Hac Vice Pending*) <br> brose@pryorcashman.com <br> JACOB B. RADCLIFF (*Pro Hac Vice Pending*) <br> jradcliff@pryorcashman.com <br> PRYOR CASHMAN LLP <br> 7 Times Square <br> New York, NY 10036 <br> 212.421.4100 <br> 212.326.0806 <br><br> Attorneys for Plaintiff Faheem Rashad Najm |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAHEEM RASHAD NAJM, <br><br> Plaintiff, <br><br> v. <br><br> AUBURN AUDIO TECHNOLOGIES, INC. d/b/a ANTARES AUDIO TECHNOLOGIES, <br><br> Defendant. | Civil No.: 5:11-cv-03639-CRB <br><br> **[PROPOSED] ORDER EXTENDING TIME FOR RULE 26(F) REPORT AND RULE 26(A)(1) INITIAL DISCLOSURES** |

Good cause appearing therefore, IT IS HEREBY ORDERED :

The Parties shall have until November 11, 2011 to file their report pursuant to Fed. R. Civ. P. 26(f) to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and to file a joint case management conference statement. The case management conference shall be continued to November 18, 2011.

**IT IS SO ORDERED.**

Dated: October 24, 2011



The Honorable Charles R. Breyer
United States District Judge