RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
Auburn Audio Technologies, Inc. d/b/a
Antares Audio Technologies

MICHAEL J. NIBORSKI (CSB No. 192111)
mniborski@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310.556.9608
Facsimile: 310.556.9670

BRAD D. ROSE (*Pro Hac Vice Pending*)
brose@pryorcashman.com
JACOB B. RADCLIFF (*Pro Hac Vice Pending*)
jradcliff@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
212.421.4100
212.326.0806

Attorneys for Plaintiff Faheem Rashad Najm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAHEEM RASHAD NAJM,<br><br>Plaintiff,<br><br>v.<br><br>AUBURN AUDIO TECHNOLOGIES, INC. d/b/a ANTARES AUDIO TECHNOLOGIES,<br><br>Defendant. | Civil No.: 5:11-cv-03639-CRB<br><br>[PROPOSED] ORDER EXTENDING TIME FOR RULE 26(F) REPORT AND RULE 26(A)(1) INITIAL DISCLOSURES |

[PROPOSED] ORDER                                                                 Civil No. 5:11-cv-03639-HRL

Good cause appearing therefore, IT IS HEREBY ORDERED:

The Parties shall have until November 18, 2011 to file their report pursuant to Fed. R. Civ. P. 26(f) to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and to file a joint case management conference statement. The case management conference shall be continued to December 16, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: Nov. 14, 2011



The Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER     2     Civil No. 5:11-cv-03639-HRL